UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **KENNETH R. MEAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-0468-DKL-RLY |
| | ) | |
| **CAROLYN W. COLVIN,** *Acting Commissioner of Social Security,* | ) ) | |
| | ) | |
| Defendant. | ) ) | |

*Final Judgment*

The Commissioner's decision denying disability insurance benefits and supplemental security income benefits under the Social Security Act to Kenneth R. Meal is **AFFIRMED**.

SO ORDERED:  05/26/2016

*[signature: Denise K. LaRue]*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Electronic Distribution to Counsel of Record